UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISON

| | |
|---|---|
| LESSLY CARR<br><br>    Plaintiff,<br><br>-VS-<br><br>SYNCHRONY BANK and<br>ALLIED INTERSTATE, LLC<br><br>    Defendants. | CASE NO.:  2:16-CV-00160-KS-MTP |

## NOTICE OF PENDING SETTLEMENT

Plaintiff, LESSLY CARR, by and through the undersigned counsel, hereby notifies the Court that the parties, Plaintiff, LESSLY CARR, and Defendants, SYNCHRONY BANK and ALLIED INTERSTATE, LLC, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

>   */s/Frank H. Kerney, III, Esquire*
>   Frank H. Kerney, III, Esquire
>   *Admitted Pro Hac Vice*
>   Morgan & Morgan, Tampa, P.A.
>   One Tampa City Center
>   201 North Franklin Street, 7th Floor
>   Tampa, FL 33602
>   Telephone: (813) 223-5505
>   Facsimile:  (813) 223-5402
>   fkerney@forthepeople.com
>   jkneeland@forthepeople.com
>   cfallara@forthepeople.com
>   Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice will be sent to the following by the Court's Electronic Filing System:  Patrick Broderick, Greenberg Traurig, LLP, 777 S Flagler Dr, Suite 300 E, West Palm Beach, FL 33401 (broderickp@gtlaw.com); Frederick N. Salvo, III, Baker Donelson Bearman Caldwell & Berkowitz, PC, One Eastover Center 100 Vision Drive, Suite 400, Jackson, MS 39211 (fsalvo@bakerdonelson.com); John A. Wirthlin, Esquire, Greenberg Traurig, PA, 101 East Kennedy Boulevard, Suite 1900, Tampa, FL 33602 (wirthlinj@gtlaw.com; Devlind@gtlaw.com); James M. Tyrone, Watkins & Eager, PLLC, 400 East Capitol, Suite 300 (39201) P.O. Box 650, Jackson, MS 39205 (mtyrone@watkinseager.com); Adam P. Knor, ReedSmith LLP, 20 Stanwix Street, Suite 1200, Pittsburgh, PA 15222 (aknor@reedsmith.com).

> /s/Frank H. Kerney, III, Esquire
> Frank H. Kerney, III, Esquire
> *Admitted Pro Hac Vice*
> Morgan & Morgan, Tampa, P.A.